01.12.15

To: Abel Acosta/ Clerk

RE: COA NO. 09-12-00576-CR; TR. Ct. NO. 12-13947; PD-0173-14

The concern of this letter is to inquire about why my pro se petition for discretionary review was refused? Is their a generated opinion by the Court of Criminal Appeal Justice as to why my issues presented were not given any consideration? Was my pro se petition for discretionary review examined by the proper authorities?

The reason for concern is so that I can establish a proper argument to present in a Federal Writ of Habeas Corpus. I am not convinced that my pro se petition for discretionary review was given the examination required by law for the determination of my constitutional guaranteed right for due process claim of my petition's issues.

I would like to know and receive information concerning the Justice's opinion or whether my pro se petition for discretionary review was even presented. To just receive a post card stating that my pro se petition for discretionary review has been refused is not enough requirement for me in regard to knowing why it has been refused.

Seemingly, or so far as can be seen in the short amount of time that elasped before receiving a refusal, is that the Court of Criminal Appeals made their decision in accordance to the opinion given by the 9th Court of Appeals and did not rebiew or give any consideration to the issues presented in

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

my pro se petition for discretionary review.

In a timely manner I request to receive a response regarding these issues of concern. Your cooperation into this particular matter is of great importance in my pursuit for proper judgment in my cause. It appears to be that the issues raised on direct appeal and in my pro se petition for discretionary review should merit review and examination by the Court of Criminal Appeals. Thanking you in advance.

Respectfully,

John Patrick Patterson

TDCJ # 1820490